■ Paul Demetres, as Assignee of Nicholas Demetres, Respondent, v. Philip Schulman, Defendant, and Anthony Lozito, Appellant.— Appeal from an order which denied appellant's motion for a new trial on the ground of newly discovered evidence or, in the alternative, for a modification of the judgment, which has been affirmed by this court (*Demetres* v. *Schulman*, 3 A D 2d 673, motions for leave to appeal denied 3 A D 2d 714, 3 N Y 2d 705). Order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.